399 P.3d 802

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Carlotta A. CISNEROS, Defendant-Appellant**

**NO. CAAP-16-0000592**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, July 31, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, KĀNE'OHE DIVISION (1DTA-16-00585)

<u>SUMMARY DISPOSITION ORDER</u>

Affirmed.

399 P.3d 802

**BANQUE DE TAHITI, A TAHITI CORPORATION, Judgment Creditor-Appellant,**

v.

**Filola Tina KURTH, Personal Representative of the Estate of Thomas Christian Kurth, Deceased, Judgment Debtor-Appellee**

**NO. CAAP-14-0000542**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, July 31, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (S.P. NO. 03-1-0045)

<u>MEMORANDUM OPINION</u>

Remanded.

399 P.3d 802

**KONA'S BEST NATURAL COFFEE LLC, a Hawai'i limited liability company, Plaintiff/Counterclaim-Defendant/Appellant/Cross-Appellee,**

v.

**MOUNTAIN THUNDER COFFEE PLANTATION INT'L, INC., a Hawai'i corporation, Trent Bateman and Lisa Bateman, Defendants/Counterclaimants/Appellees/Cross-Appellants,**

and

**Naturescape Holdings Group Int'l, Inc., Defendant/Appellee/Cross-Appellant,**

and

**John Does 1-10, Jane Does 1-10, DOE Partnerships 1-10, DOE Corporations 1-50, DOE Entities 1-50, Defendants.**

**Mountain Thunder Coffee Plantation Int'l Inc., a Hawai'i corporation, Trent Bateman; Lisa Bateman, Third-Party Plaintiffs/Appellees/ Cross-Appellees,**

v.

**Michael Roberts and Brent Hight, Third-Party Defendants/Appellants/Cross-Appellees,**

and

**Marin Artukovich, Koa Coffee Company, LLC; John Does 1-10; Jane Does 1-10; DOE Corporations 1-50; DOE Entities 1-50, Third-Party Defendants.**

**NO. CAAP-12-0000593**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, August 2, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CIVIL NO. 08-1-098K (Kona))

<u>MEMORANDUM OPINION</u>

Affirm.

